# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO.: 18-00217-KD-B |
| ) | |
| EMILIANO MONTALVO-GASPAR, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the United States Magistrate Judge's Report and Recommendation (Doc. 26) and without any objection having been filed by the parties, Defendant Montalvo-Gaspar's plea of guilty to Count Two of the Indictment is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **December 14, 2018 at 9:00 a.m**. in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602 under separate order.

**DONE** the 3rd day of October 2018.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**